IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PFIZER, INC., et al., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1222-JJF |
| MICHAEL BECKER, | : |
| Defendant. | : |

### O R D E R

At Wilmington this 24 day of March, 2006, the complaint in the above-captioned case having been filed in September 2004, and there having been no apparent activity on the Plaintiffs' part since 2004 to prosecute the action;

NOW THEREFORE, IT IS HEREBY ORDERED that, on or before **April 10, 2006**, the Plaintiffs shall show cause why this case should not be dismissed for failure to prosecute pursuant to D. Del. LR 41.1.

_____
UNITED STATES DISTRICT JUDGE