IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

PFIZER, INC., et al., :
:
    Plaintiffs, :
:
v. : Civil Action No. 04-1222-JJF
:
MICHAEL BECKER, :
:
    Defendant. :

O R D E R

WHEREAS, on March 24, 2006, the Court issued an Order for Plaintiff to show cause by April 10, 2006, why this case should not be dismissed for failure to prosecute pursuant to D. Del. LR 41.1;

WHEREAS, Plaintiff has not shown cause why this case should not be dismissed;

NOW THEREFORE, IT IS HEREBY ORDERED that the above-captioned case is **DISMISSED**.

_April 13, 2006_             _[signature]_
DATE                                            UNITED STATES DISTRICT JUDGE